Michael C. Geraghty, Esq., ABA 7811097
Email: mgeraghty@dmgz.com
Adolf V. Zeman, Esq., ABA 0411082
Email: azeman@dmgz.com
DeLisio Moran Geraghty & Zobel, P.C.
945 West Sixth Avenue
Anchorage, Alaska 99501
Telephone: 907-279-9574
Facsimile: 907-276-4231

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GRANDE DENALI, LLC,         ) | |
|        ) | |
|        Plaintiff,    ) | |
|        ) | |
|      v.       ) | |
|        ) | |
| ARAMARK SPORTS AND    ) | |
| ENTERTAINMENT SERVICES, LLC,  ) | |
|        ) | |
|        Defendant.   ) | Case No. 3:10-cv-_____ |
| _____  ) | |
| Sup. Ct. No. 3KO-10-356 CI | |

**<u>NOTICE OF REMOVAL</u>**

TO:       United States District Court
          for the District of Alaska

       1.      On or about September 3, 2010, Plaintiff filed a Complaint in the

Superior Court for the State of Alaska, Third Judicial District at Kodiak, styled as *Grande*

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

241785 – Notice of Removal / Grande Denali v. ASES
*Grande Denali v. Aramark Sports et al.;* 3:10-cv-____        Page 1 of 3

*Denali, LLC v. Aramark Sports and Entertainment Services, LLC*, and that action was assigned Case No. 3KO-10-356 CI. Plaintiff seeks damages against Defendant under theories of breach of contract, bad faith, misrepresentation/nondisclosure, unfair trade practices, and negligence.

2. Defendant hereby files this Notice of Removal to remove this action to the United States District Court for the District of Alaska at Anchorage, pursuant to 28 U.S.C. § 1446.

3. In compliance with 28 U.S.C. § 1446(a), a copy of all pleadings filed in the Superior Court are attached hereto with Defendant's Notice of Filing to the Court.

4. Defendant has filed a copy of this Notice with the Clerk of the Superior Court, Third Judicial District at Kodiak, and said action has thereby been removed from the Superior Court to the United States District Court. *See* attached Exhibit A ("Notice of Removal to United States District Court").

5. Pursuant to 28 U.S.C. § 1446(d), Defendant has also filed and served upon Plaintiff a Notice of Removal. *See* attached Exhibit B.

6. The grounds for removal are as follows: The amount in controversy exceeds the sum of $75,000. There exists a diversity of citizenship, 28 U.S.C. § 1332(a)(1). Plaintiff is an Alaskan limited liability company doing business in the State of Alaska with its principal place of business in Anchorage, Alaska; Defendant is a Delaware limited liability company doing business in Alaska with its principal place of business in Philadelphia, PA.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
——
(907) 279-9574

241785 – Notice of Removal / Grande Denali v. ASES
*Grande Denali v. Aramark Sports et al.;* 3:10-cv-_____          Page 2 of 3

7.     This removal is being filed within thirty (30) days after service of process.  Suit was filed by Plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about September 3, 2010.  Defendant was served on or about September 14, 2010.  *See* attached Exhibit C.

Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, ARAMARK Sports and Entertainment Services, LLC, hereby removes the action now pending against it in the Superior Court for the State of Alaska at Kodiak to this Court.

Dated:   10/12/10                          /s/ Michael C. Geraghty
                                           Michael C. Geraghty, ABA 7811097
                                           Email: mgeraghty@dmgz.com
                                           Adolf V. Zeman, Esq., ABA 0411082
                                           Email: azeman@dmgz.com
                                           DeLisio Moran Geraghty & Zobel, P.C.
                                           945 West Sixth Avenue
                                           Anchorage, Alaska 99501
                                           Telephone: 907-279-9574
                                           Facsimile: 907-276-4231

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
_____

(907) 279-9574

241785 – Notice of Removal / Grande Denali v. ASES
*Grande Denali v. Aramark Sports et al.;* 3:10-cv-____                          Page 3 of 3

Case 3:10-cv-00229-SLG   Document 1   Filed 10/12/10   Page 3 of 3