PATRICK B. GILMORE
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Grande Denali, LLC
420 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRANDE DENALI, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC,<br><br>    Defendant. | Case No. 3:10-cv-229 SLG |

## **STIPULATION TO DISMISS WITH PREJUDICE**

The parties to this action, by and through counsel, hereby stipulate and agree that the above-captioned action, including all claims and counterclaims that were or could have been asserted therein are hereby dismissed on the merits, and with prejudice, with each party to bear their own costs and fees.

DATED this 22nd day of April, 2013.

                                          ATKINSON, CONWAY & GAGNON
                                          Attorneys for Grande Denali, LLC

                                          By_____s/ Christopher J. Slottee_____
                                               Christopher J. Slottee
                                               420 L Street, Suite 500
                                               Anchorage, AK 99501
                                               Phone: (907) 276-1700
                                               Fax: (907) 272-2082
                                               E-mail: cjs@acglaw.com
                                               ABA No. 0211055


                                          LANDYE BENNETT BLUMSTEIN LLP
                                          Attorneys for Aramark Sports &
                                          Entertainment Services, LLC

                                          By_____s/ Adolf V. Zeman_____
                                               Adolf V. Zeman, Esq.
                                               Landye Bennett Blumstein LLP
                                               701 W. 8th Avenue, Suite 1200
                                               Anchorage, AK 99501
                                               Phone: (907) 276-5152
                                               Fax: (907) 272-8433
                                               E-mail: adolfz@lbblawyers.com
                                               ABA No. 0411082

I certify that on April 22, 2013,
a copy of the foregoing document
was served electronically on:

Adolf V. Zeman, Esq.

Matthew D. Jamin, Esq.


By     s/ Christopher J. Slottee