IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRANDE DENALI, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC,<br><br>    Defendant. | Case No. 3:10-cv-229 SLG |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties, the above-captioned action, including all claims and counterclaims that were or could have been asserted therein, is hereby dismissed on the merits, with prejudice, with each party to bear their own costs and attorney's fees.

The final pretrial conference scheduled for October 24, 2013 and the jury trial scheduled for November 4, 2013 are hereby VACATED.

DATED: this 22nd day of April, 2013.

                                                           */s/ Sharon L. Gleason*
                                                         United States District Judge